UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

Catherine Evans

Case No.: 16-27531

Adv. No.:

Hearing Date: 11/3/2016

Judge: Kaplan

Order Filed on November 9, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey

# ORDER TO EXTEND AUTOMATIC STAY AS TO ALL CREDITORS

The relief set forth on the following page, number two (2), is hereby **ORDERED.**

**DATED: November 9, 2016**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

**(Page 2)**
Debtor:  Catherine Evans
Case No:  16-27531
Caption of Order:    Order to Extend Automatic Stay as to All Creditors

---

Upon consideration of debtor's motion for an order to extend stay as to all creditors, and good cause appearing therefore, it is hereby:

**ORDERED** that:

1.    The automatic stay provisions of the bankruptcy code are hereby extended as to all creditors pending further order of this court.