UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Order Filed on November 9, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Catherine Evans

Case No.: 16-27531

Adv. No.:

Hearing Date: 11/3/2016

Judge: Kaplan

# ORDER TO EXTEND AUTOMATIC STAY AS TO ALL CREDITORS

The relief set forth on the following page, number two (2), is hereby **ORDERED.**

**DATED: November 9, 2016**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

**(Page 2)**

Debtor:  Catherine Evans

Case No:  16-27531

Caption of Order:    Order to Extend Automatic Stay as to All Creditors

---

Upon consideration of debtor's motion for an order to extend stay as to all creditors, and good cause appearing therefore, it is hereby:

**ORDERED** that:

1. The automatic stay provisions of the bankruptcy code are hereby extended as to all creditors pending further order of this court.

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 16-27531-MBK
Catherine Evans                                                           Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: Nov 10, 2016
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 12, 2016.
db             +Catherine Evans,    27 Sharpless Boulevard,    Mount Holly, NJ 08060-5653

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 12, 2016                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 10, 2016 at the address(es) listed below:
              Albert    Russo    on behalf of Trustee Albert    Russo docs@russotrustee.com
              Albert    Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    MIDFIRST BANK dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Georgette    Miller    on behalf of Debtor Catherine    Evans info@georgettemillerlaw.com,
               georgettemillerlaw@gmail.com;gmecfmail@gmail.com;csmith@georgettemillerlaw.com
              Lois M. Vitti    on behalf of Creditor    Interstate TD Investments, LLC loismvitti@vittilaw.com,
               tiffany@vittilaw.com
                                                                                             TOTAL: 5