| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| In Re:<br><br>Catherine Evans | Case No.: 16-27531<br>Chapter: 13<br>Judge: Michael B. Kaplan |

# NOTICE OF FAILURE TO FILE SUPPLEMENTAL
# DOCUMENTS CONCERNING SCHEDULES

TO: Georgette Miller, Esq.

This will confirm that on 12/20/2016 the following document(s) was filed by you.

☒  Amendment to Schedule(s) I & J ,

☐  Missing Documents, including Schedule(s) _____ ,

This will further confirm that the court has not received the following supplemental documents:

☒  Declaration About an Individual Debtor's Schedules (106 Declaration)

☒  An updated Summary of Your Assets and Liabilities and Certain Statistical Information (106 Summary) [Schedules A/B, D, E/F, I and J ONLY]

☐  Declaration Under Penalty of Perjury for Non-Individual Debtors (202 Declaration)

☐  An updated Summary of Assets and Liabilities for Non-Individuals (206 Summary) [Schedules A/B, D and E/F ONLY]

You are hereby notified that the document(s) indicated above must be filed within 7 days from the date of this notice.

Dated: 12/22/2016                                    James J. Waldron, Clerk

*rev.9/13/16*

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 16-27531-MBK
Catherine Evans                                                       Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3            User: admin              Page 1 of 1              Date Rcvd: Dec 22, 2016
                                Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 24, 2016.
db             +Catherine Evans,   27 Sharpless Boulevard,    Mount Holly, NJ 08060-5653

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 24, 2016                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 22, 2016 at the address(es) listed below:
          Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
          Albert   Russo    docs@russotrustee.com
          Denise E. Carlon    on behalf of Creditor    MIDFIRST BANK dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Georgette   Miller    on behalf of Debtor Catherine   Evans info@georgettemillerlaw.com,
           georgettemillerlaw@gmail.com;gmecfmail@gmail.com;csmith@georgettemillerlaw.com
          John R. Morton, Jr.    on behalf of Creditor    Ally Financial mortonlaw.bcraig@verizon.net,
           donnal@mortoncraig.com;mhazlett@mortoncraig.com
          Lois M. Vitti    on behalf of Creditor    Interstate TD Investments, LLC loismvitti@vittilaw.com,
           tiffany@vittilaw.com
                                                                                             TOTAL: 6