Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  16−27531−MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Catherine Evans
   aka Cathryn Evans
   27 Sharpless Boulevard
   Mount Holly, NJ 08060

Social Security No.:
   xxx−xx−1045

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 10/12/17.

Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: October 12, 2017
JAN: kmf

Jeanne Naughton
Clerk

```
                          United States Bankruptcy Court
                              District of New Jersey
In re:                                                        Case No. 16-27531-MBK
Catherine Evans                                               Chapter 13
       Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin              Page 1 of 2            Date Rcvd: Oct 12, 2017
                              Form ID: 148             Total Noticed: 20


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 14, 2017.
db           #+Catherine Evans,    27 Sharpless Boulevard,   Mount Holly, NJ 08060-5653
cr            +Interstate TD Investments, LLC,    300 E. Esplanade Drive, Suite 410,   Oxnard, CA 93036-1259
pp            +Lillie E Hamadalla,    2286 Walnut Trail,   Bushkill, PA 18324-8777
516389126     +Ars Account Resolution,    1643 Harrison Pkwy Ste 1,    Sunrise, FL 33323-2857
516389128     +Cbna,   Po Box 6189,   Sioux Falls, SD 57117-6189
516429218     +Interstate Intrinsic Value Fund, LLC,    POB 5247,   Oxnard, CA 93031-5247
516389130     +Interstate Intrinsic Value fund,    3835-R E. thousand Oaks Blvd,   #413,
                Thousand Oaks, CA 91362-6622
516389133     +Midland Mtg/Midfirst,    999 Nw Grand Blvd,   Oklahoma City, OK 73118-6051
516389134     +Urden Law Offices,    Woodcrest Corporate Center,   111 Woodcrest Rd., Suite 200,
                Cherry Hill, NJ 08003-3620

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Oct 12 2017 22:18:17      U.S. Attorney,   970 Broad St.,
                Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 12 2017 22:18:16     United States Trustee,
                Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
cr             EDI: GMACFS.COM Oct 12 2017 22:03:00      Ally Financial,   PO Box 130424,
                Roseville, MN 55113-0004
516493938      EDI: GMACFS.COM Oct 12 2017 22:03:00      Ally Capital,   PO Box 130424,
                Roseville MN 55113-0004
516389127      EDI: BANKAMER.COM Oct 12 2017 22:03:00      Bk Of Amer,   Po Box 982235,   El Paso, TX 79998
516389129     +EDI: WFNNB.COM Oct 12 2017 22:03:00      Comenity Bank/Lnbryant,    Po Box 182789,
                Columbus, OH 43218-2789
516389131      EDI: JEFFERSONCAP.COM Oct 12 2017 22:03:00      Jefferson Capital Syst,    16 Mcleland Rd,
                Saint Cloud, MN 56303
516576448      EDI: RESURGENT.COM Oct 12 2017 22:03:00      LVNV Funding, LLC its successors and assigns as,
                assignee of GE Money Bank,   Resurgent Capital Services,    PO Box 10587,
                Greenville, SC 29603-0587
516449204     +EDI: MID8.COM Oct 12 2017 22:03:00      MIDLAND FUNDING LLC,    PO Box 2011,
                Warren, MI 48090-2011
516389132     +EDI: MID8.COM Oct 12 2017 22:03:00      Midland Funding,    2365 Northside Drive Sui,
                San Diego, CA 92108-2709
516396395      EDI: RMSC.COM Oct 12 2017 22:03:00      Synchrony Bank,
                c/o of Recovery Management Systems Corp,   25 S.E. 2nd Avenue, Suite 1120,
                Miami, FL 33131-1605
                                                                                              TOTAL: 11

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516389125    ##+Ars,   1801 Nw 66th Ave Suite 200,   Fort Lauderdal, FL 33313-4571
                                                                                   TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 14, 2017                              Signature:   /s/Joseph Speetjens

```
District/off: 0312-3           User: admin                    Page 2 of 2                    Date Rcvd: Oct 12, 2017
                               Form ID: 148                   Total Noticed: 20
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 12, 2017 at the address(es) listed below:
              Albert    Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert    Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    MIDFIRST BANK dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Georgette   Miller    on behalf of Debtor Catherine   Evans info@georgettemillerlaw.com,
               georgettemillerlaw@gmail.com;gmecfmail@gmail.com;csmith@georgettemillerlaw.com;r50524@notify.best
               case.com;gregmont@gbmlaw.net
              John R. Morton, Jr.    on behalf of Creditor    Ally Financial ecfmail@mortoncraig.com,
               mortoncraigecf@gmail.com
              Lois M. Vitti    on behalf of Creditor    Interstate TD Investments, LLC loismvitti@vittilaw.com,
               tiffany@vittilaw.com
                                                                                             TOTAL: 6
```